Umar M. ABDULLAH, also known as Otha Townsend, Appellant,

v.

Sheryl Ramstad HVASS, Commissioner of Corrections; Eric Skon, Assistant Commissioner of Corrections; David Crist, Warden of Stillwater Correctional Facility; Regina Stepney, Head Casemanager for Stillwater Facility; Wayne King, Medical Technical; Haef, Lieutenant Officer for Stillwater Facility; John Doe, (9) (unknown) Correctional Officers, Appellees.

No. 01–3009.

United States Court of Appeals, Eighth Circuit.

Submitted May 3, 2002.

Filed May 6, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Umar M. Abdullah appeals the district court's dismissal under 28 U.S.C. § 1915A(b)(1) of Abdullah's 42 U.S.C. § 1983 claim. Having carefully reviewed the record and the parties' briefs, we affirm the district court. *See* 8th Cir. R. 47B.